IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DION BLACK,

         Petitioner,    :    Case No. 3:19-cv-303

- vs -

                               District Judge Walter H. Rice
                               Magistrate Judge Michael R. Merz

WARDEN, London Correctional
Institution,                              :

         Respondent.

## RECOMMITTAL ORDER

This case is before the Court on Petitioner's Objections (ECF No. 20) to the Magistrate Judge's Report and Recommendations (ECF No. 19).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

April 9, 2021.

                                                     Walter H. Rice
                                               United States District Judge